UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 14, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Malibu Media, LLC, | § § § § | |
| Plaintiff, | | |
| versus | § § § | Civil Action H-16-2338 |
| Subscriber 14650, et al., | § § § | |
| Defendants. | § | |

---

| | | |
|---|---|---|
| Malibu Media, LLC, | § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-16-2341 |
| | § | H-16-2343 |
| Subscriber 13038, et al., | § § | H-16-2348 |
| | | H-16-2349 |
| Defendants. | § § | H-16-2410 |

## Order of Consolidation

1. These cases are consolidated into the senior Civil Action H-16-2338. The cases subsumed by consolidation cease to have an independent identity. The unified case will pend as Civil Action 16-2338, *Malibu Media v. Subscriber 14650, et al.* Use only this style and number.

2. The defendants will not be called John Doe. They will be called subscriber, plus the last five digits of each IP address.

Signed on September 13, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge